ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 MAY 17 PM 3:32

DEPUTY CLERK RAN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3-17CR-278-K |
| MARQUIST FULCHER a/k/a "KEEZIE" (01) | |
| CHAPOLEON FISCHER a/k/a "KIDD" (02) | |
| MARCUS SPEED (03) | |
| SHATARA ARMSTRONG (04) | |
| TIFFANY GIDEON (05) | |

INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Commit Sex Trafficking
(Violation of 18 U.S.C. § 1594(c)(18 U.S.C. §§ 1591(a)(1) and (a)(2) and (b)(2))

Beginning on or about February 12, 2016 and continuing through on or about October 1, 2016, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Marquist Fulcher**, also known as Keezie, **Chapoleon Fischer,** also known as Kidd, **Shatara Armstrong, Marcus Speed** and **Tiffany Gideon,** along with others known and unknown to the grand jury, conspired and agreed with each other to knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain or maintain by any means, and benefit, financially and by receiving anything of value, from participation in a venture which recruited, enticed, harbored, transported, provided, obtained

and maintained the following individuals, as well as others, Jane Doe 1, Jane Doe 2, Jane Doe 3 and/or Jane Doe 4, knowing or in reckless disregard of the fact that Jane Doe 1, Jane Doe 2, Jane Doe 3 and/or Jane Doe 4 had not attained the age of 18 years, and having had a reasonable opportunity to observe Jane Doe 1, Jane Doe 2, Jane Doe 3 and/or Jane Doe 4, and that they would be caused to engage in a commercial sex act, in violation of 18 U.S.C. §§ 1591(a)(1) and (a)(2) and (b)(2).

All in violation of 18 U.S.C. § 1594(c) (18 U.S.C. §§ 1591(a)(1) and (a)(2) and (b)(2)).

Count Two
Use of a Facility of Interstate Commerce in Aid of a Racketeering Enterprise
(Violation of 18 U.S.C. §§ 1952(a)(3) and (A))

Beginning on or about February 12, 2016 and continuing through on or about October 1, 2016, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Shatara Armstrong**, and others known and unknown, used facilities in interstate commerce, namely cellular phones, hotels and the internet, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is a business enterprise involving prostitution, in violation of Texas Penal Code Sec. 43.03, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

In violation of 18 U.S.C. §§ 1952(a)(3) and (A).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Counts One of this Indictment and pursuant to 18 U.S.C. § 1594(d), the defendants, **Marquist Fulcher**, also known as Keezie, **Chapoleon Fischer,** also known as Kidd, **Shatara Armstrong, Marcus Speed** and **Tiffany Gideon**, shall forfeit to the United States any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violations.

A TRUE BILL.

FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

CARA FOOS PIERCE
Assistant United States Attorney
Texas State Bar No. 24036579
1100 Commerce Street, Suite 300
Dallas, Texas 75242-1699
Telephone: 214-659-8678
Facsimile: 214-659-8803

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

MARQUIST FULCHER, a/k/a "KEEZIE" (01)
CHAPOLEON FISCHER, a/k/a "KIDD" (02)
MARCUS SPEED (03)
SHATARA ARMSTRONG (04)
TIFFANY GIDEON (05)

---

INDICTMENT

18 U.S.C. § 1594(c)(18 U.S.C. §§ 1591(a)(1) and (a)(2) and (b)(2)
Conspiracy to Commit Sex Trafficking

18 U.S.C. §§ 1952(a)(3) and (A)
Use of a Facility of Interstate Commerce in Aid of a Racketeering Enterprise

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Counts

---

A true bill rendered

L Himel

FORT WORTH FOREPERSON

Filed in open court this 17th day of May, 2017.

---

**Warrant to Issue defendant 1, 2, 3 and 5; Defendant 4 on pretrial release.**

---

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3-17-MJ-158-BH